UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No. 25-MJ-966

ROSHAN SHAH,

        Defendant

## ORDER TO UNSEAL CRIMINAL COMPLAINT

Pursuant to the motion of the United States to unseal the criminal complaint in this matter the Court hereby orders the criminal complaint unsealed.

**SO ORDERED** this ____ day of August , 2025, at Milwaukee, Wisconsin.

                                          _____
                                          HONORABLE STEPHEN C DRIES
                                          United States Magistrate Judge